100 EAST FIFTH STREET, ROOM 540

Deborah S. Hunt                    POTTER STEWART U.S. COURTHOUSE                    Tel. (513) 564-7000
Clerk                              CINCINNATI, OHIO 45202-3988                       www.ca6.uscourts.gov

Filed:  December 03, 2018

Mr. Josesph Mrtin Cleary
Ms. Monica Foster
Federal Public Defender
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

Mr. Scott Graham
Law Offices
1911 W. Centre Avenue
Suite C
Portage, MI 49024

Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey
Office of the U.S. Attorney
P.O. Box 208
Grand Rapids, MI 49501

> Re:  Case No. 18-2382, *Marvin Gabrion, II v. USA*
>       Originating Case No.  1:15-cv-00447: 1:99-cr-00076-1

Dear Counsel:

This Death Penalty appeal has been docketed as case number **18-2382** with the caption that is enclosed on a separate page.

Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov.  If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately.  Your password for district court filings will not work in the appellate ECF system.

At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **December 17, 2018**.

| Appellant: | Appearance of Counsel |
| | Transcript Order |
| | Application for Admission to 6th Circuit Bar (if applicable) |

| Appellee: | Appearance of Counsel |
| | Application for Admission to 6th Circuit Bar (if applicable) |

Since this is a <u>Death Penalty case, all filings must be prominently identified as such</u>.  A briefing schedule will be issued after the District Court and Court of Appeals have ruled separately on a certificate of appealability.  You may request the Court of Appeals to issue a certificate of appealability on any issue rejected by the District Court.

Sincerely yours,

s/Patricia J. Elder
Case Administrator Specialist
Direct Dial No. 513-564-7034

Enclosure

**OFFICIAL COURT OF APPEALS CAPTION FOR 18-2382**

MARVIN CHARLES GABRION, II

       Petitioner - Appellant

v.

UNITED STATES OF AMERICA

       Respondent - Appellee