# Appearance of Counsel

Sixth Circuit Case No.: _____ 18-2382 _____

Case Name: _Marvin Gabrion, II_____ vs. _USA_____

Names of all Clients: (List all clients on this form, do not file a separate appearance form for each client.)

United States

☐ Appellant ☐ Petitioner ☐ Amicus Curiae ☐ Criminal Justice Act
☑ Appellee ☐ Respondent ☐ Intervenor (Appointed)

Lead counsel must be designated if a party is represented by more than one attorney or law firm. ☐ Check if you are lead counsel

**If you are substituting for another counsel, include that attorney's name here:**

_____

Name: _Jennifer L. McManus_____ Admitted: _7/29/1998_____
(Sixth Circuit admission date only)

Signature: _/s/ Jennifer L. McManus_____

Firm Name: _U.S. Attorney's Office_____

Business Address: _P.O. Box 208_____

Suite: _____ City/State/Zip: _Grand Rapids, MI  49501-0208_____

Telephone Number (Area Code): _616-808-2097_____

Email Address: _jennifer.mcmanus@usdoj.gov_____

CERTIFICATE OF SERVICE
I certify that on _12/4/2018_____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ _Jennifer L. McManus_____