**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
**\* \* \* \* \* \* \* \* \***

| | |
|---|---|
| MARVIN CHARLES GABRION, II, | ) |
| | ) DEATH PENALTY CASE |
| Petitioner - Appellant, | ) |
| | ) Case No. 18-2382 |
| v. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent - Appellee. | ) |

---

## CERTIFICATE OF SERVICE

---

Undersigned counsel certifies that he filed the Unopposed Motion to Set a Deadline for Petitioner's Application for a Certificate Appealability through the Court's CM/ECF electronic system on December 17, 2018. See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2). Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey. Parties may access this filing through the CM/ECF system.

Date: December 17, 2018     By: /s/ *Scott Graham*
                                    Scott Graham
                                    Attorney for Petitioner-Appellant
                            Business Address:
                                    SCOTT GRAHAM PLLC
                                    1911 West Centre Avenue, Suite C
                                    Portage, Michigan 49024
                                    Telephone: (269) 327-0585