# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MARVIN CHARLES GABRION, II, | ) |
| | ) DEATH PENALTY CASE |
| Petitioner - Appellant, | ) |
| | ) Case No. 18-2382 |
| v. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent - Appellee. | ) |

## CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the Motion to Extend Deadline to File Petitioner's Application for a Certificate of Appealability through the Court's CM/ECF electronic system on March 29, 2019.  See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2).  Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey.  Parties may access this filing through the CM/ECF system.

Date:  March 29, 2019

By:  /s/ *Scott Graham*
Scott Graham
Attorney for Petitioner-Appellant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
Telephone: (269) 327-0585
Email: sgraham@scottgrahampllc.com