| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 01, 2019

Mr. Joseph Cleary
Ms. Monica Foster
Federal Public Defender
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

Mr. Scott Graham
Law Offices
1911 W. Centre Avenue
Suite C
Portage, MI 49024

Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey
Office of the U.S. Attorney
P.O. Box 208
Grand Rapids, MI 49501

Re: Case No. 18-2382, *Marvin Gabrion, II v. USA*
Originating Case No. 1:15-cv-00447: 1:99-cr-00076-1

Dear Counsel:

Appellant's motion for extension of time to file application for certificate of appealabilty has been **GRANTED**. The application is now due **June 7, 2019**.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager