MARVIN CHARLES GABRION, II,     )
          ) DEATH PENALTY CASE
       Petitioner - Appellant,  )
          ) Case No. 18-2382
       v.        )
          )
          )
UNITED STATES OF AMERICA,    )
          )
       Respondent - Appellee.  )

## MOTION TO EXTEND DEADLINE TO FILE PETITIONER'S APPLICATION FOR A CERTIFICATE OF APPEALABILITY

Petitioner Marvin Gabrion respectfully requests that this Court extend by ten (10) days, to and including June 17, 2009, the deadline for Mr. Gabrion to file his Application for a Certificate of Appealability (COA). The current deadline to file Mr. Gabrion's application for a COA is June 7, 2019. *See* Doc. 15, 04/01/2019 Letter Granting Extension to File COA Application.

Counsel have worked diligently to complete the application by June 7 and have been working toward a timely filing. However, concerns with the current product which have arisen in the past 24 hours have caused counsel to conclude that some additional time is necessary in order to present the Court with the best product possible in this death penalty case. An additional ten (10) days will allow counsel the needed time to file papers that will provide the Court with the

assistance it requires to pass on the important questions presented by this death penalty case.

For these reasons, counsel asks the Court for an additional ten (10) days to file the application for a COA.

**WHEREFORE**, Marvin Gabrion, requests the Court allow him an additional ten (10) days beyond the current June 7, 2019 deadline, to and including June 17, 2019, to file an application for a certificate of appealability in this federal capital case and for any and all other relief to which he may be entitled.

**Date: June 5, 2019**                                      **Respectfully submitted,**

By:  /s/ *Monica Foster*                              By: /s/ *Joseph M. Cleary*
    Monica Foster                                      Joseph M. Cleary
    Attorney for Petitioner-Appellant          Attorney for Petitioner-Appellant
Business Address:                                  Business Address:
    Indiana Federal Community                 Indiana Federal Community
    Defenders, Inc.                                Defenders, Inc.
    111 Monument Circle, Suite 3200     111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204              Indianapolis, Indiana 46204
    Telephone: (317) 383-3520              Telephone: (317) 383-3520
    Email: Monica_Foster@fd.org         Email:  Joe_Cleary@fd.org

By: /s/ *Scott Graham*
    Scott Graham
    Attorney for Petitioner-Appellant
Business Address:
    SCOTT GRAHAM PLLC
    1911 West Centre Avenue, Suite C
    Portage, Michigan 49024
    Telephone: (269) 327-0585
    Email: sgraham@scottgahampllc.com

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the Motion to Extend Deadline to File Petitioner's Application for a Certificate of Appealability through the Court's CM/ECF electronic system on June 5, 2019.   See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2).  Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey.  Parties may access this filing through the CM/ECF system.

Date:  June 5, 2019

By: /s/ *Scott Graham*  
Scott Graham  
Attorney for Petitioner-Appellant  
Business Address:  
SCOTT GRAHAM PLLC  
1911 West Centre Avenue, Suite C  
Portage, Michigan 49024  
Telephone: (269) 327-0585  
Email: sgraham@scottgrahampllc.com