Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: June 07, 2019

Mr. Joseph Cleary
Ms. Monica Foster
Federal Public Defender
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

Mr. Scott Graham
Law Offices
1911 W. Centre Avenue
Suite C
Portage, MI 49024

Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey
Office of the U.S. Attorney
P.O. Box 208
Grand Rapids, MI 49501

Re: Case No. 18-2382, *Marvin Gabrion, II v. USA*
Originating Case No.  1:15-cv-00447: 1:99-cr-00076-1

Dear Counsel:

   Appellant's motion for extension of time until **June 17, 2019** to submit an application for certificate of appealability has been **GRANTED**.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager