## Appearance of Counsel

Appeal No.: _____

Case Title: _____vs._____

List all clients you represent in this appeal:

<br><br><br><br><br>

☐ Appellant      ☐ Petitioner      ☐ Amicus Curiae      ☐Criminal Justice Act
☐ Appellee      ☐ Respondent      ☐ Intervenor          (Appointed)

☐ Check if a party is represented by more than one attorney.
☐ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

_____

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: _____ Signature: s/_____

Firm Name: _____

Business Address: _____

City/State/Zip: _____

Telephone Number (Area Code): _____

Email Address: _____

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

---

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.

---

6ca-68
8/17