MARVIN CHARLES GABRION, II,

     Petitioner-Appellant,

    v.

UNITED STATES OF AMERICA,

     Respondent-Appellee.

_____/

No. 18-2382
DEATH PENALTY CASE

## APPELLEE'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO FILE A RESPONSE TO THE APPLICATION FOR A CERTIFICATE OF APPEALABILITY

The United States hereby moves for a 90-day extension of time to and including September 25, 2019, within which to file a response to Petitioner-Appellant's Application for a Certificate of Appealability. In support of this motion, the government represents the following:

1. The Appellant originally proposed a period of 90 days for filing his application for a certificate of appealability; however, he was granted two extensions, affording him a total period of 160 days in which to file his application.

2. The Application is over 150 pages long, raising twelve issues, with multiple subparts. The district court's opinion is 216 pages. The parties submitted hundreds of pages of briefing and attachments in the district court.

3. Counsel for Gabrion has no objection to this motion.

For the foregoing reasons, the United States respectfully requests that the Court extend by 90 days the time within which to file a response to and including September 25, 2019.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Date: July 1, 2019

 /s/Jennifer L. McManus 
JENNIFER L. MCMANUS
Assistant United States Attorney
P.O. Box 208
330 Ionia Avenue, NW
Grand Rapids, Michigan 49501
(616) 456-2404

CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.