# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: July 02, 2019

Ms. Victoria Bailey Casanova

Mr. Joseph Cleary

Ms. Monica Foster

Mr. Scott Graham

Ms. Jennifer Lee McManus

Mr. Timothy P. VerHey

Re: Case No. 18-2382, *Marvin Gabrion, II v. USA*
Originating Case No. 1:15-cv-00447: 1:99-cr-00076-1

Dear Counsel:

Appellee's motion for extension of time until **September 25, 2019** to file a response to the appellant's motion for certificate of appealability has been **GRANTED**.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager