**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Deborah S. Hunt      POTTER STEWART U.S. COURTHOUSE      Tel. (513) 564-7000

Clerk      CINCINNATI, OHIO 45202-3988      www.ca6.uscourts.gov

Filed: September 25, 2019

Ms. Victoria Bailey Casanovs
Mt. Joseph Cleary
Ms. Monica Foster
Mr. Scott Graham
Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey

Re:    Case No. 18-2382, *Marvin Gabrion, II v. USA*
Originating Case No. : 1:15-cv-00447 : 1:99-cr-00076-1

Dear Counsel,

The appellee's motion for an extension of time until **NOVEMBER 25, 2019** to respond to the appellant's motion for a certificate of appealability has been **GRANTED.**

Sincerely yours,

s/Yvonne Henderson
Operations Manager
Direct Dial No. 513-564-7031