# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| MARVIN CHARLES GABRION, II, | ) |
| | ) DEATH PENALTY CASE |
| Petitioner - Appellant, | ) |
| | ) Case No. 18-2382 |
| v. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent - Appellee. | ) |

---

## MOTION TO EXTEND DEADLINE TO FILE A REPLY TO RESPONSE OF THE UNITED STATES TO APPLICATION FOR A CERTIFICATE OF APPEALABILITY

Petitioner Marvin Gabrion respectfully requests that this Court grant an extension of time to and including January 31, 2020, in which to file a reply to the Response of the United States to Application for a Certificate of Appealability. The current deadline to file Mr. Gabrion's reply is December 2, 2019.

In support of this request, Mr. Gabrion shows the Court:

1.      This is a death penalty case following the imposition of a sentence of death in the United States District Court for the Western District of Michigan.

2.      Mr. Gabrion previously requested the Court to set a deadline for his request for a certificate of appealability and set forth the reasons why detailed briefing was appropriate. (R.9) He adopts the arguments presented there.

3. Mr. Gabrion filed a motion to vacate pursuant to 28 U.S.C. § 2255, and this proceeding is an appeal from the denial of that motion, and the denial of a certificate of appealability.

4. On June 17, 2019, Mr. Gabrion filed an application for a certificate of appealability.

5. The application is 158 pages in length and raises a series of complicated factual and legal issues.

6. On November 25, 2019, the government filed a response to Mr. Gabrion's application.

7. The response is 137 pages in length and raises many points to which Mr. Gabrion seeks to respond, including points based on new records in this proceeding.

8. In light of the complexity and seriousness of the issues raised, a reply is required in order to allow Mr. Gabrion to fully brief the points that the government now raises.

9. Pursuant to FRAP 4 and 27, a reply is due on or before December 2, 2019.

10. Mr. Gabrion requires additional time in which formulate all appropriate arguments and submit them to the Court.

11.  Mr. Gabrion requests an extension of time to and including January 31, 2020 in which to complete and file a reply.

**WHEREFORE**, Marvin Gabrion, requests the Court allow him to file a reply to Response of the United States to Application for a Certificate of Appealability on or before January 31, 2020.

**Date:  December 2, 2019**

**Respectfully submitted,**

By:  /s/ *Monica Foster*
    Monica Foster
    Attorney for Petitioner-Appellant
Business Address:
    Indiana Federal Community
    Defenders, Inc.
    111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204
    Telephone: (317) 383-3520
    Monica_Foster@fd.org

By:  /s/ *Joseph M. Cleary*
    Joseph M. Cleary
    Attorney for Petitioner-Appellant
Business Address:
    Indiana Federal Community
    Defenders, Inc.
    111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204
    Telephone: (317) 383-3520
    Joe_Cleary@fd.org

By:  /s/ *Victoria B. Casanova*
    Victoria B. Casanova
    Attorney for Petitioner-Appellant
Business Address:
    Indiana Federal Community
    Defenders, Inc.
    111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204
    Telephone: (317) 383-3520
    Victoria_Casanova@fd.org

By:  /s/ *Scott Graham*
    Scott Graham
    Attorney for Petitioner-Appellant
Business Address:
    SCOTT GRAHAM PLLC
    1911 West Centre Avenue, Suite C
    Portage, Michigan 49024
    Telephone: (269) 327-0585
    sgraham@scottgahampllc.com

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the Motion to Extend Deadline to File a Reply to Response of the United States to Application for a Certificate of Appealability through the Court's CM/ECF electronic system on December 2, 2019.  See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2).  Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey.  Parties may access this filing through the CM/ECF system.

Date:  December 2, 2019      By:  /s/ *Scott Graham*
                                      Scott Graham
                                      Attorney for Petitioner-Appellant
                      Business Address:
                                        SCOTT GRAHAM PLLC
                                      1911 West Centre Avenue, Suite C
                                      Portage, Michigan 49024
                                        Telephone: (269) 327-0585
                                        Email: sgraham@scottgrahampllc.com