100 EAST FIFTH STREET, ROOM 540

Deborah S. Hunt          POTTER STEWART U.S. COURTHOUSE          Tel. (513) 564-7000
Clerk          CINCINNATI, OHIO 45202-3988          www.ca6.uscourts.gov

Filed: December 05, 2019


Ms. Victoria Bailey Casanova

Mr. Joseph Cleary

Ms. Monica Foster

Mr. Scott Graham

Ms. Jennifer Lee McManus

Mr. Timothy P. VerHey


     Re:  Case No. 18-2382, *Marvin Gabrion, II v. USA*
          Originating Case No. 1:15-cv-00447: 1:99-cr-00076-1

Dear Counsel:

   Appellant's motion for extension of time until **January 31, 2020** to file the reply to the appellee's response has been **GRANTED**.

                              Sincerely yours,

                              s/Patricia J. Elder
                              Senior Case Manager
                              Direct Dial No. 513-564-7034