# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 10, 2020

Mr. Joseph Cleary
Ms. Monica Foster
Ms. Jean Elizabeth Giles
Indiana Federal Community Defenders
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

Mr. Scott Graham
1911 W. Centre Avenue
Suite C
Portage, MI 49024

Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey
Office of the U.S. Attorney
P.O. Box 208
Grand Rapids, MI 49501

> Re: Case No. 18-2382, *Marvin Gabrion, II v. USA*
> Originating Case Nos. : 1:15-cv-00447 : 1:99-cr-00076-1

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Cathryn Lovely
Opinions Deputy

cc: Mr. Thomas Dorwin

Enclosure