**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 16, 2021

Mr. Joseph Cleary
Ms. Monica Foster
Ms. Jean Elizabeth Giles
Mr. Scott Graham
Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey

Re: Case No. 18-2382, *Marvin Gabrion, II v. USA*
Originating Case No. 1:15-cv-00447: 1:99-cr-00076-1

Dear Counsel:

Appellant's motion for extension of time has been **GRANTED**. The briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates.

| | |
|---|---|
| Appellant's Brief | Limit 19,500 words<br>Filed electronically by **May 17, 2021** |
| Appellee's Brief | Limit 19,500 words<br>Filed electronically by **July 15, 2021** |
| Appellant's Reply Brief<br>(Optional) | Limit 9,750 words<br>Filed electronically **21** days after the appellee's brief<br>See Fed. R. App. P. 26(c) |

**In cases involving a state prisoner under sentence of death where the record before the district court includes portions of the state court record, five copies of the appendix shall be filed in paper format.  *See* 6th Cir. Rule 30(e)(2).  The appendix shall be filed by the due date of the party's principal brief.**

A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard.  *See* 6th Cir. R. 34(a).  If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

In scheduling appeals for oral argument, the court will make efforts to avoid dates that counsel have previously brought to its attention as presenting a conflict during weeks when the court is scheduled to sit.  The court's sitting schedule may be found at [http://www.ca6.uscourts.gov/oral-argument-calendars](http://www.ca6.uscourts.gov/oral-argument-calendars).  Because cases are set for calendar early in the case, counsel should provide as soon as possible any dates of unavailability during the next nine months, preferably no later than the filing of the appellee's brief.  Counsel should use the "Counsel Unavailability Form" located on the court's website.  If subsequent conflicts arise, counsel should notify the court as soon as possible.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034