| | |
|---|---|
| MARVIN CHARLES GABRION II, | ) |
| | ) **DEATH PENALTY CASE** |
| Petitioner - Appellant, | ) |
| | ) Case No. 18-2382 |
| v. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent - Appellee. | ) |

## <u>APPELLANT'S MOTION TO FILE OVERSIZED BRIEF</u>

Appellant Marvin Gabrion, through counsel, moves the Court for permission to file an opening brief that exceeds the 19,500-word limit. Mr. Gabrion's proposed brief is 27,349 words.

The issues briefed in this case are complicated. The Order from which the appeal is taken is 216 pages in length. (R.156) The Certificate of Appealability that this Court issued identifies four issues. Specifically, the issues relating to claims of ineffective assistance of trial counsel incorporate many sub-arguments based on specific components of the case. Counsel has edited this brief repeatedly in order to present the claims in the clearest manner possible and to reduce its length. However, the stakes in this appeal are high: Mr. Gabrion's success as to any one claim may entitle him to a new trial or relief from his sentence of death. Thus,

counsel submits that the oversized brief – which is 27,349 words  – is necessary to adequately and effectively present the fact-intensive and complex issues for this Court's review.

Undersigned counsel has conferred with AUSA Jennifer McManus, who indicated that the government takes no position on this motion and defers to the decision of this Court.

**WHEREFORE**, counsel respectfully requests that this Court **GRANT** the Motion and accept Appellant's brief as filed.

**Date:  May 17, 2021**

By:  /s/ *Monica Foster*
    Monica Foster
    Jean E. Giles
    Attorneys for Petitioner-Appellant
Business Address:
    Indiana Federal Community
    Defenders, Inc.
    111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204
    Telephone: (317) 383-3520
    Email: Monica_Foster@fd.org
    Email: Jean_Giles@fd.org

By:  /s/ *Scott Graham*
    Scott Graham
    Attorney for Petitioner-Appellant
Business Address:
    SCOTT GRAHAM PLLC
    1911 West Centre Avenue, Suite C
    Portage, Michigan 49024
    Telephone: (269) 327-0585
    Email: sgraham@scottgahampllc.com

**Respectfully submitted,**

By: /s/ *Joseph M. Cleary*
    Joseph M. Cleary
    Attorney for Petitioner-Appellant
Business Address:
    Indiana Federal Community
    Defenders, Inc.
    111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204
    Telephone: (317) 383-3520
    Email:  Joe_Cleary@fd.org

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the Appellant's Motion to File Oversized Brief through the Court's CM/ECF electronic system on May 17, 2021 See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2). Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey. Parties may access this filing through the CM/ECF system.

Date: May 17, 2021          By: /s/ *Scott Graham*

Scott Graham
Attorney for Petitioner-Appellant
Business Address:
SCOTT GRAHAM PLLC
1911 West Centre Avenue, Suite C
Portage, Michigan 49024
Telephone: (269) 327-0585
Email: sgraham@scottgrahampllc.com