Case No. 18-2382

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

MARVIN CHARLES GABRION, II

      Petitioner - Appellant

v.

UNITED STATES OF AMERICA

      Respondent - Appellee


    Upon consideration of the appellant's motion to file an oversized brief,

    It is **ORDERED** that the motion be and it hereby is **GRANTED**.  The appellant's brief

received on May 17, 2021 is hereby accepted for filing.


                 **ENTERED BY ORDER OF THE COURT**
                 Deborah S. Hunt, Clerk

Issued: May 19, 2021