<div align="center">

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

</div>

MARVIN CHARLES GABRION, II,

     Petitioner-Appellant,

    v.                             No. 18-2382
                                      DEATH PENALTY CASE

UNITED STATES OF AMERICA,

     Respondent-Appellee.

_____/

## <u>MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF</u>

The United States hereby moves for a 45-day extension of time to and including August 30, 2021, within which to file a response to Petitioner-Appellant's Brief. In support of this motion, the United States represents the following:

1. Petitioner-Appellant obtained two extensions, one for 120 days and the other for 60 days, affording him a total period of 180 days in which to file his brief.

2. Petitioner-Appellant's brief is over 100 pages long, raising five issues, with multiple subparts. The district court's opinion is 206 pages. The parties submitted hundreds of pages of briefing and attachments in the district court.

3. Undersigned counsel assigned has principal drafting and oversight responsibility for numerous matters, including several appeals involving prisoner

requests for compassionate release related to the global Covid-19 pandemic, which are subject to expedited briefing schedules.   Additional time is needed to adequately respond to the many claims raised in Petitioner-Appellant's brief.

4.      Counsel for Petitioner-Appellant has no objection to this motion.

For the foregoing reasons, the United States respectfully requests that the Court extend by 45 days the time within which to file a response to and including August 30, 2021.

<div style="margin-left:40%">

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

 /s/Jennifer L. McManus
JENNIFER L. MCMANUS
TIMOTHY P. VERHEY
Assistant United States Attorneys
P.O. Box 208
330 Ionia Avenue, NW
Grand Rapids, Michigan 49501
(616) 456-2404

</div>

Date:    July 14, 2021