UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MARVIN CHARLES GABRION, II,

  Petitioner-Appellant,

  v.             No. 18-2382
                    DEATH PENALTY CASE

UNITED STATES OF AMERICA,

  Respondent-Appellee.

_____/

<u>MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF</u>

The United States hereby moves for a 30-day extension of time to and including September 30, 2021, within which to file a response to Petitioner-Appellant's Brief. In support of this motion, the United States represents the following:

1. The Court has granted the United States one 45-day extension to file its brief in this matter. Petitioner-Appellant obtained two extensions, affording him a total period of 180 days in which to file his brief. Counsel for Petitioner-Appellant does not oppose the government's request for an extension.

2. Petitioner-Appellant's brief is over 100 pages long, raising five issues, with multiple subparts. The district court's opinion is 206 pages. The parties submitted hundreds of pages of briefing and attachments in the district court.

3.     Undersigned counsel has principal drafting and oversight responsibility for numerous matters, including several appeals involving prisoner requests for compassionate release related to the global Covid-19 pandemic, which are subject to expedited briefing schedules.   Additional time is needed to adequately respond to the many claims raised in Petitioner-Appellant's brief.

For the foregoing reasons, the United States respectfully requests that the Court extend by 30 days the time within which to file a response to and including September 30, 2021.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Date:    August 27, 2021

/s/Jennifer L. McManus
JENNIFER L. MCMANUS
TIMOTHY P. VERHEY
Assistant United States Attorneys
P.O. Box 208
330 Ionia Avenue, NW
Grand Rapids, Michigan 49501
(616) 456-2404