**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 27, 2021

Mr. Joseph Cleary
Ms. Monica Foster
Ms. Jean Elizabeth Giles
Indiana Federal Community Defenders
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

Mr. Scott Graham
Law Offices
1911 W. Centre Avenue
Suite C
Portage, MI 49024

Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey
Office of the U.S. Attorney
Department of Justice
P.O. Box 208
Grand Rapids, MI 49501

> Re: Case No. 18-2382, *Marvin Gabrion, II v. USA*
> Originating Case No. : 1:15-cv-00447 : 1:99-cr-00076-1

Dear Counsel,

   Appellee's motion for extension of time has been **GRANTED**. The briefing schedule for this case has been reset and the briefs listed below must be filed electronically with the Clerk's office no later than these dates.

|  |  |
|---|---|
| Appellee's Brief | Limit 19,500 words<br>Filed electronically by **September 30, 2021** |

| Appellant's Reply Brief (Optional) | Limit 9,750 words Filed electronically **21** days after the appellee's brief See Fed. R. App. P. 26(c) |

    **In cases involving a state prisoner under sentence of death where the record before the district court includes portions of the state court record, five copies of the appendix shall be filed in paper format.  *See* 6th Cir. Rule 30(e)(2).  The appendix shall be filed by the due date of the party's principal brief.**

    A party desiring oral argument must include a statement <u>in the brief</u> setting forth the reason(s) why oral argument should be heard.  *See* 6th Cir. R. 34(a).  If the docket entry for your brief indicates that you have requested oral argument but the statement itself is missing, you will be directed to file a corrected brief.

    In scheduling appeals for oral argument, the court will make efforts to avoid dates that counsel have previously brought to its attention as presenting a conflict during weeks when the court is scheduled to sit.  The court's sitting schedule may be found at http://www.ca6.uscourts.gov/oral-argument-calendars.  Because cases are set for calendar early in the case, counsel should provide as soon as possible any dates of unavailability during the next nine months, preferably no later than the filing of the appellee's brief.  Counsel should use the "Counsel Unavailability Form" located on the court's website.  If subsequent conflicts arise, counsel should notify the court as soon as possible.

                       Sincerely yours,

                       s/Patricia J. Elder
                       Senior Case Manager
                       Direct Dial No. 513-564-7034