MARVIN CHARLES GABRION, II,

      Petitioner-Appellant,

     v.                                         No. 18-2382
                                                DEATH PENALTY CASE

UNITED STATES OF AMERICA,

      Respondent-Appellee.

_____/

## MOTION FOR EXTENSION OF TIME TO FILE APPELLEE'S BRIEF

The United States hereby moves for a two-week extension of time to and including October 14, 2021, within which to file a response to Petitioner-Appellant's Brief.   In support of this motion, the United States represents the following:

1.     The Court has granted the United States one 45-day and one 30-day extension to file its brief in this matter.   Petitioner-Appellant obtained two extensions, affording him a total period of 180 days in which to file his brief. Counsel for Petitioner-Appellant does not oppose the government's request for an extension.

2.     Petitioner-Appellant's brief is over 100 pages long, raising five issues, with multiple subparts. The district court's opinion is 206 pages.   The parties submitted hundreds of pages of briefing and attachments in the district court.

3.	Undersigned counsel has principal drafting and oversight responsibility for numerous matters, including several appeals involving prisoner requests for compassionate release related to the global Covid-19 pandemic, which are subject to expedited briefing schedules.  Additional time is needed to adequately respond to the many claims raised in Petitioner-Appellant's brief.

For the foregoing reasons, the United States respectfully requests that the Court extend by two-weeks the time within which to file a response to and including October 14, 2021.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

 /s/Jennifer L. McManus
Date:	September 29, 2021	JENNIFER L. MCMANUS
TIMOTHY P. VERHEY
Assistant United States Attorneys
P.O. Box 208
330 Ionia Avenue, NW
Grand Rapids, Michigan 49501
(616) 456-2404

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2021, the foregoing document was electronically filed.   Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

I further certify that a copy of the foregoing document was mailed on this date to the opposing party if he/she was not registered to receive the document by the Court's electronic filing system.

Date:    September 29, 2021

/s/Jennifer L. McManus
JENNIFER L. MCMANUS
TIMOTHY P. VERHEY
United States Attorney's Office
Post Office Box 208
Grand Rapids, MI 49501-0208
(616) 456-2404