UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

MARVIN CHARLES GABRION, II

    Petitioner-Appellant,

                          No. 18-2382

    v.

UNITED STATES OF AMERICA,

    Respondent-Appellee.

_____/

## **MOTION TO FILE AN OVERSIZE BRIEF**

The United States of America, by and through its attorneys, Andrew Byerly Birge, United States Attorney for the Western District of Michigan, and Jennifer L. McManus, Assistant United States Attorney, moves this Court pursuant to Rule 27 of the Federal Rules of Appellate Procedure for an enlargement of the type-volume word limitation of 19,500 words as set forth in Rule 32(a)(7) and Rule 32(b)(2). In support of the motion, the government states:

1.    The brief of the United States is 24,332 words (4,832 words over the limit).

2.      The brief of the United States responds to four separate issues in this death penalty case, which involves a voluminous record and a 206-page district court opinion.

3.      Appellant exceeded the 19,500 word limit by 7,849 words and its motion for filing an oversize brief was granted.

4.      To adequately respond to Appellant's brief, it is necessary for the government to exceed the 19,500 word limit.

For the foregoing reasons, it is respectfully requested that the Court grant the United States an enlargement of the word limit and accept its brief as filed.

Respectfully submitted,

ANDREW BYERLY BIRGE
United States Attorney

Dated:   October 14, 2021          /s/ Jennifer L. McManus
                                   JENNIFER L. McMANUS
                                   Assistant United States Attorney
                                   P.O. Box 208
                                   Grand Rapids, Michigan 49501-0208
                                   (616) 456-2404