Case No. 18-2382

# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

MARVIN CHARLES GABRION, II

     Petitioner - Appellant

v.

UNITED STATES OF AMERICA

     Respondent - Appellee


Upon consideration of the appellee's motion to file an oversized brief,

And further considering the appellee's brief filed October 14, 2021,

It is therefore **ORDERED** that the motion be and it hereby is **GRANTED**.


     **ENTERED BY ORDER OF THE COURT**
     Deborah S. Hunt, Clerk

Issued: October 15, 2021

_____