**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 15, 2021

Mr. Joseph Cleary
Ms. Monica Foster
Ms. Jean Elizabeth Giles
Mr. Scott Graham
Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey

Re: Case No. 18-2382, *Marvin Gabrion, II v. USA*
Originating Case No. : 1:15-cv-00447 : 1:99-cr-00076-1

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034

Enclosure