**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**
**\* \* \* \* \* \* \* \* \***

| | |
|---|---|
| MARVIN CHARLES GABRION, II, | ) |
| | ) **DEATH PENALTY CASE** |
| Petitioner - Appellant, | ) |
| | ) Case No. 18-2382 |
| v. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent - Appellee. | ) |

**MOTION TO EXTEND DEADLINE TO FILE**
**PETITIONER'S REPLY BRIEF**

Petitioner Marvin Gabrion respectfully requests that this Court extend, by sixty (60) days from the original due date, the deadline for Mr. Gabrion to file his reply brief. The current deadline to file the brief is November 4, 2021. This is Mr. Gabrion's first motion for an extension of time in which to file his reply brief.

In support of this request, Mr. Gabrion shows the Court:

1.      Mr. Gabrion was convicted of murder and sentenced to death in the United States District Court for the Western District of Michigan. Mr. Gabrion is the only prisoner sentenced to death in the State of Michigan in either state or federal court.

2.      The litigation of Mr. Gabrion's direct appeal was not without controversy. Questions were raised regarding whether the federal government had

jurisdiction to prosecute the case and it was remanded to the district court for a hearing. When the case returned to this Court, jurisdiction was confirmed by the three-judge panel with three separate opinions, one of which was a dissent. United States v. Gabrion, 517 F.3d 839 (6th Cir. 2008), *cert. denied*, 129 S.Ct. 1905 (2009).

3.      Thereafter, in a 2-1 ruling, the Court upheld Mr. Gabrion's guilty verdict but vacated the death sentence. United States v. Gabrion, 648 F.3d 307 (6th Cir. 2011).

4.      Thereafter, rehearing *en banc* was granted. In a 12-4 decision, the Court upheld the conviction and death sentence. United States v. Gabrion, 719 F.3d 511 (6th Cir. 2013) (*en banc*), *cert. denied*, 572 U.S. 1089 (2014).

5.      After the en banc court upheld Mr. Gabrion's conviction and sentence, Mr. Gabrion filed a motion to vacate pursuant to 28 U.S.C. § 2255. The instant proceedings are an appeal from the denial of that motion.

6.      The district court denied Mr. Gabrion's § 2255 motion, without holding an evidentiary hearing or authorizing discovery. *See generally* Opinion, R. 156, PageID 5795–6000.

7.      The district court also denied Mr. Gabrion a COA, in an order that was less than two pages long. *See* Order Denying COA, R. 158 at 1–2, PageID 6012–13.

8.     On September 10, 2020, this Court granted a COA on Claims 2,3,6, and 7 of Mr. Gabrion's §2255 motion.

9.     The COA in this case covers, in part, Mr. Gabrion's claims of ineffective assistance at both the guilt and penalty phases of the trial. Mr. Gabrion identified for the Court, and argued in his principal brief, a series of points establishing ineffective assistance of counsel based on complicated facts and the application of those facts to decisional authority in capital cases.

10.     Mr. Gabrion filed his principal brief on May 17, 2021.

11.     The government filed a 140-page principal brief on October 14, 2021.

12.     Mr. Gabrion is now preparing a reply brief.

13.     Lead counsel in this case is Monica Foster, the Executive Director of the Indiana Federal Community Defender, LLC. In addition to her administrative work running that office, her time is also consumed by other cases that will require her time into the immediate future. Ms. Foster is actively working on a number of other capital matters, including two cases in a pre-authorization stage of development.

14.     Undersigned counsel Joseph Cleary is a full time Assistant Federal Defender in the trial unit of the Indiana Federal Defender's Office. He currently has in excess of 40 open felony cases. Due to counsel's trial workload it is expected that he will have a limited role in the briefing of Gabrion's case.

However, he has been involved in the case from the beginning and his input on this reply brief is very important.

15.     Undersigned counsel Jean Giles has been assigned to assist in this appeal but did not participate in the lower court proceedings. Giles has an active caseload of capital habeas matters, some of which requiring her to file initial 2255 petitions that have jurisdictional deadlines.

16.     Undersigned counsel Scott Graham is a CJA practitioner. He has been appointed to represent one of defendants in the matter of United States v. Fox, et al., 1:20-CR-183, charging a conspiracy to kidnap the Governor of Michigan, an offense punishable by life in prison. He is preparing for trial in that case. Graham is starting trial today in the matter of United States v. Marr, 1:21-CR-101. He will start trial in United States v. Ward, 1:21-CR-74 on November 29, 2021, United States v. Tannavong, 1:19-cr-217 on November 30, 2021, and United States v. Talsma, 1:21-cr-180 on December 6, 2021.

17.     The principal briefs filed in this case show the complexity of the issues before the Court. Counsel seek in this reply to clarify the issues for resolution by the Court.

18.     For these reasons, counsel asks the Court for an additional sixty (60) days in which to file a reply brief in this case.

**WHEREFORE** Marvin Gabrion requests the Court allow him an additional sixty (60) days beyond the current November 4, 2021 deadline to file his reply brief.

**Date:  November 2, 2021**

By:  /s/ *Monica Foster*
    Monica Foster
    Jean E. Giles
    Attorneys for Petitioner-Appellant
Business Address:
    Indiana Federal Community
    Defenders, Inc.
    111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204
    Telephone: (317) 383-3520
    Email: Monica_Foster@fd.org
    Email: Jean_Giles@fd.org

By:  /s/ *Scott Graham*
    Scott Graham
    Attorney for Petitioner-Appellant
Business Address:
    SCOTT GRAHAM PLLC
    1911 West Centre Avenue, Suite C
    Portage, Michigan 49024
    Telephone: (269) 327-0585
    Email: sgraham@scottgahampllc.com

**Respectfully submitted,**

By:  /s/ *Joseph M. Cleary*
    Joseph M. Cleary
    Attorney for Petitioner-Appellant
Business Address:
    Indiana Federal Community
    Defenders, Inc.
    111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204
    Telephone: (317) 383-3520
    Email:  Joe_Cleary@fd.org

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that he filed the Motion to Extend Deadline to File Petitioner's Reply Brief through the Court's CM/ECF electronic system on November 2, 2021. See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2). Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey. Parties may access this filing through the CM/ECF system.

Date: November 2, 2021        By: /s/ *Scott Graham*
                                       Scott Graham
                                        Attorney for Petitioner-Appellant
                            Business Address:
                                        SCOTT GRAHAM PLLC
                                        1911 West Centre Avenue, Suite C
                                        Portage, Michigan 49024
                                        Telephone: (269) 327-0585
                                        Email: sgraham@scottgrahampllc.com