| | |
|---|---|
| MARVIN CHARLES GABRION, II, | ) |
| | ) **DEATH PENALTY CASE** |
| Petitioner - Appellant, | ) |
| | ) Case No. 18-2382 |
| v. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent - Appellee. | ) |

---

## PETITIONER'S SECOND MOTION TO EXTEND DEADLINE TO FILE PETITIONER'S REPLY BRIEF

Petitioner Marvin Gabrion requests that this Court extend, by fourteen (14) days from the current due date, the deadline for Mr. Gabrion to file his reply brief. The current deadline to file the brief is January 3, 2022. This is Mr. Gabrion's second and last motion for an extension of time in which to file his reply brief.

In support of this request, Mr. Gabrion shows the Court:

1. This appeal follows the Court's Order granting a Certificate of Appealability on Claims 2,3,6, and 7 of Mr. Gabrion's §2255 motion.

2. The COA in this case covers, in part, Mr. Gabrion's claims of ineffective assistance at both the guilt and penalty phases of the trial. Mr. Gabrion identified for the Court, and argued in his principal brief, a series of points

establishing ineffective assistance of counsel based on complicated facts and the application of those facts to decisional authority in capital cases.

3. Mr. Gabrion filed his principal brief on May 17, 2021.

4. The government filed a 140-page principal brief on October 14, 2021.

5. This Court granted Mr. Gabrion's request for an extension of time of 60 days in which to file his reply brief.

6. The primary basis for this request is as follows: Mr. Gabrion's counsel have made significant progress on preparation of the reply brief and are continuing to work on it. However, counsel misapprehended the impact of year-end holidays and attendant time off and family and travel obligations when they filed the previous extension request. A brief extension of two weeks will allow counsel to devote sufficient time to preparation of Mr. Gabrion's reply brief and provide the Court with the best product counsel can produce.

7. The principal briefs filed in this case show the complexity of the issues before the Court. Counsel seek in this reply to clarify the issues for resolution by the Court.

8. For these reasons, counsel asks the Court for an additional fourteen (14) days in which to file a reply brief in this case.

**WHEREFORE** Marvin Gabrion requests the Court allow him an additional fourteen (14) days beyond the current deadline in this case.

**Date: December 7, 2021**               **Respectfully submitted,**

By: /s/ *Monica Foster*                    By: /s/ *Joseph M. Cleary*
    Monica Foster                              Joseph M. Cleary
    Jean E. Giles                               Attorney for Petitioner-Appellant
    Attorneys for Petitioner-Appellant   Business Address:
Business Address:                              Indiana Federal Community
    Indiana Federal Community                   Defenders, Inc.
    Defenders, Inc.                             111 Monument Circle, Suite 3200
    111 Monument Circle, Suite 3200             Indianapolis, Indiana 46204
    Indianapolis, Indiana 46204                 Telephone: (317) 383-3520
    Telephone: (317) 383-3520                   Email: Joe_Cleary@fd.org
    Email: Monica_Foster@fd.org
    Email: Jean_Giles@fd.org

By: /s/ *Scott Graham*
    Scott Graham
    Attorney for Petitioner-Appellant
Business Address:
    SCOTT GRAHAM PLLC
    1911 West Centre Avenue, Suite C
    Portage, Michigan 49024
    Telephone: (269) 327-0585
    Email: sgraham@scottgahampllc.com

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the Second Motion to Extend Deadline to File Petitioner's Reply Brief through the Court's CM/ECF electronic system on December 7, 2021. See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2). Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey. Parties may access this filing through the CM/ECF system.

Date: December 7, 2021     By: /s/ *Scott Graham*
                            Scott Graham
                            Attorney for Petitioner-Appellant
                 Business Address:
                            SCOTT GRAHAM PLLC
                            1911 West Centre Avenue, Suite C
                            Portage, Michigan 49024
                            Telephone: (269) 327-0585
                            Email: sgraham@scottgrahampllc.com