|  | 100 EAST FIFTH STREET, ROOM 540 |  |
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 10, 2021

Ms. Monica Foster
Federal Public Defender's Office
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

Mr. Timothy P. VerHey
Office of the U.S. Attorney
Department of Justice
P.O. Box 208
Grand Rapids, MI 49501

Re: Case No. 18-2382*, Marvin Gabrion, II v. USA*
Originating Case No. 1:15-cv-00447: 1:99-cr-00076-1

Dear Counsel,

The appellant's motion for an extension of time to file the reply brief has been GRANTED. The reply brief is now due **January 18, 2022**.

Sincerely yours,

s/Robin L Baker, Case Manager for
Patricia J. Elder, Senior Case Manager
Direct Dial No. 513-564-7034

cc: Mr. Joseph Cleary
Ms. Jean Elizabeth Giles
Mr. Scott Graham
Ms. Jennifer Lee McManus