| | |
|---|---|
| MARVIN CHARLES GABRION, II, | ) |
| | ) **DEATH PENALTY CASE** |
| Petitioner - Appellant, | ) |
| | ) Case No. 18-2382 |
| v. | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent - Appellee. | ) |

---

## PETITIONER'S MOTION FOR LEAVE TO FILE PETITIONER'S THIRD MOTION TO EXTEND DEADLINE TO FILE PETITIONER'S REPLY BRIEF UNDER SEAL

Petitioner Marvin Gabrion moves this Court for leave to file Petitioner's Third Motion to Extend Deadline to File Petitioner's Reply Brief Under Seal.

Petitioner's request is supported by good cause because Petitioner's Third Motion to Extend Deadline to File Petitioner's Reply Brief contains confidential and sensitive medical information.

**Date:  December 29, 2021**

**By:  /s/ _Monica Foster_**
    Monica Foster
    Jean E. Giles
    Attorneys for Petitioner-Appellant
Business Address:
    Indiana Federal Community
    Defenders, Inc.
    111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204
    Telephone: (317) 383-3520
    Email: Monica_Foster@fd.org
    Email: Jean_Giles@fd.org

**Respectfully submitted,**

**By:  /s/ _Joseph M. Cleary_**
    Joseph M. Cleary
    Attorney for Petitioner-Appellant
Business Address:
    Indiana Federal Community
    Defenders, Inc.
    111 Monument Circle, Suite 3200
    Indianapolis, Indiana 46204
    Telephone: (317) 383-3520
    Email:  Joe_Cleary@fd.org

By: /s/ *Scott Graham*
     Scott Graham
     Attorney for Petitioner-Appellant
Business Address:
     SCOTT GRAHAM PLLC
     1911 West Centre Avenue, Suite C
     Portage, Michigan 49024
     Telephone: (269) 327-0585
     Email: sgraham@scottgahampllc.com

**CERTIFICATE OF SERVICE**

Undersigned counsel certifies that he filed Petitioner's Motion for Leave to File Petitioner's Third Motion to Extend Deadline to File Petitioner's Reply Brief Under Seal through the Court's CM/ECF electronic system on December 29, 2021. See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2). Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey. Parties may access this filing through the CM/ECF system.

Date:  December 29, 2021        By: /s/ *Scott Graham*

                                     Scott Graham
                                     Attorney for Petitioner-Appellant
                       Business Address:
                                     SCOTT GRAHAM PLLC
                                     1911 West Centre Avenue, Suite C
                                     Portage, Michigan 49024
                                     Telephone: (269) 327-0585