# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

## ORDER

MARVIN CHARLES GABRION, II

    Petitioner - Appellant

v.

UNITED STATES OF AMERICA

    Respondent - Appellee


Upon consideration of the appellant's motions to file extension of time motion under seal and for an extension of time to file the reply brief,

It is therefore **ORDERED** that the motions be and they hereby are **GRANTED**. The reply brief is now due **February 18, 2022**.


           **ENTERED BY ORDER OF THE COURT**
           Deborah S. Hunt, Clerk

Issued: January 05, 2022

_____