**UNITED STATES COURT OF APPEALS**

FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: January 05, 2022

Mr. Joseph Cleary
Ms. Monica Foster
Ms. Jean Elizabeth Giles
Indiana Federal Community Defenders
111 Monument Circle
Suite 3200
Indianapolis, IN 46204

Mr. Scott Graham
Law Offices
1911 W. Centre Avenue
Suite C
Portage, MI 49024

Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey
Office of the U.S. Attorney
Department of Justice
P.O. Box 208
Grand Rapids, MI 49501

Re: Case No. 18-2382, *Marvin Gabrion, II v. USA*
Originating Case No. 1:15-cv-00447: 1:99-cr-00076-1

Dear Counsel:

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Patricia J. Elder
Senior Case Manager
Direct Dial No. 513-564-7034

Enclosure