**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540

Deborah S. Hunt          POTTER STEWART U.S. COURTHOUSE          Tel. (513) 564-7000
Clerk          CINCINNATI, OHIO 45202-3988          www.ca6.uscourts.gov

Filed: March 3, 2022

### <u>Notice of Argument by Video Conference at</u>
<u>2:00 p.m. (Eastern Time) on Tuesday, May 24, 2022</u>

Mr. Scott Graham          Ms. Jennifer Lee McManus
Scott Graham, PLLC          Office of the U.S. Attorney
1911 W. Centre Avenue, Suite C          P.O. Box 208
Portage, MI 49024          Grand Rapids, MI 49501

Re: No. 18-2382, *Marvin Gabrion, II v. USA*

Dear Counsel:

   This case is scheduled for argument by video conference at **2:00 p.m. (Eastern Time) on Tuesday, May 24, 2022** before a three-judge panel of the Sixth Circuit Court of Appeals.  You must be available for argument from **1:30 p.m. through 3:30 p.m.**  In addition, please note the following:

- Approximately one week prior to the argument date, you will be provided specific video conference information;
- The time allotted for oral argument is limited to 30 minutes per side;
- You may learn the names of the judges sitting on the panel by checking the Court's calendar when it is posted on the Sixth Circuit's website at www.ca6.uscourts.gov two weeks prior to argument.

   **If you are the attorney who will present argument in this case, download the Argument Acknowledgment form from the website and file it electronically with the Clerk's office by March 17, 2022**.

   Counsel is strongly discouraged from seeking continuances of oral argument as they are granted only in exceptional circumstances.  If counsel is seeking a continuance or waiver of oral argument, a motion should be filed as soon as possible.  Please note that the filing of a motion for a continuance or to waive argument does not guarantee a ruling prior to the scheduled argument.

Sincerely yours,

s/Lance A. Gifford
Calendar Deputy

cc: Mr. Joseph Cleary
   Ms. Monica Foster
   Ms. Jean Elizabeth Giles
   Mr. Timothy P. VerHey