# United States Court of Appeals for the Sixth Circuit

## Orientation Acknowledgment

1. Attorney's Name: Monica Foster

2. Date & time of the orientation session you plan to attend:
   Thursday, May 5, 2022, 2:30 p.m. (Eastern Time)

3. How many Sixth Circuit orientation sessions have you attended in the past?
   [✓] None          [ ] One          [ ] Two or more

4. How many arguments have you presented before the Sixth Circuit in a video conference environment?
   [✓] None          [ ] One          [ ] Two or more

5. What type of equipment will you be utilizing during the orientation and argument?
   [✓] Windows          [ ] Mac (Apple)          [ ] iOS (i-Pad)
   [ ] Phone (audio-only)    [ ] Android          [ ] Unknown
   [ ] Other (please specify): _____

6. Emergency Contact Telephone Number: 317-383-3520

   *\*\*The Court should be able to reach you at this number in the event you experience any technical difficulties on the day of your orientation and/or argument.\*\**

   **If you have not previously registered as an ECF filer, you must do so first.**

   Docketing Instructions:
   Event Category: **Argument**; Event: **Orientation Acknowledgment**

---

**CERTIFICATE OF SERVICE**

I certify that on May 3, 2022 _____ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by placing a true and correct copy in the United States mail, postage prepaid, to their address of record.

s/ Monica Foster