**Video Argument, 2:00 P.M.**          **Tuesday, May 24, 2022**

**Batchelder, Moore, Gibbons**

**18-2382**    **Marvin Gabrion, II v. USA**

Marvin Charles Gabrion, II         fpd    Monica Foster
*5 Minutes Rebuttal*

     **Petitioner - Appellant**

         **V.**

United States of America         gvt    Timothy P. VerHey

     **Respondent - Appellee**

*Lance Gifford, Courtroom Deputy*

Defendant appeals the denial of his motion to vacate, set aside, or correct his death sentence under 28 U.S.C. Section 2255. (30 Minutes Per Side)