UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 18-2382

MARVIN CHARLES GABRION, II,

    Petitioner - Appellant,

    v.

UNITED STATES OF AMERICA,

    Respondent - Appellee.

---

**FILED**
Aug 04, 2022
DEBORAH S. HUNT, Clerk

---

Before:  BATCHELDER, MOORE, and GIBBONS, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Western District of Michigan at Grand Rapids.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's denial of Marvin Charles Gabrion's 28 U.S.C. § 2255 motion is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

_____

Deborah S. Hunt, Clerk