# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT
## * * * * * * * * *

| | |
|---|---|
| MARVIN CHARLES GABRION, II, | ) |
| | ) **DEATH PENALTY CASE** |
| Petitioner - Appellant, | ) |
| | ) Case No. 18-2382 |
| v. | ) |
| | ) |
| | ) |
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Respondent - Appellee. | ) |

## MOTION TO EXTEND DEADLINE TO FILE PETITION FOR PANEL REHEARING AND REHEARING EN BANC

Petitioner Marvin Gabrion respectfully requests that this Court extend by forty-five (45) days the deadline for Mr. Gabrion to file a petition for panel rehearing and rehearing en banc. The current deadline for filing is August 18, 2022. This is Mr. Gabrion's first motion for an extension of time in which to seek this relief.

In support of this request, Mr. Gabrion shows the Court:

1. Mr. Gabrion was convicted of murder and sentenced to death in the United States District Court for the Western District of Michigan. Mr. Gabrion is the only prisoner sentenced to death in the State of Michigan in either state or federal court.

2. The litigation of Mr. Gabrion's direct appeal was not without controversy. Questions were raised regarding whether the federal government had jurisdiction to prosecute the case and it was remanded to the district court for a hearing. When the case returned to this Court, jurisdiction was confirmed by the three-judge panel with three separate opinions, one of which was a dissent. United States v. Gabrion, 517 F.3d 839 (6th Cir. 2008), *cert. denied*, 129 S.Ct. 1905 (2009).

3. Thereafter, in a 2-1 ruling, the Court upheld Mr. Gabrion's guilty verdict but vacated the death sentence. United States v. Gabrion, 648 F.3d 307 (6th Cir. 2011).

4. Thereafter, rehearing *en banc* was granted. In a 12-4 decision, the Court upheld the conviction and death sentence. United States v. Gabrion, 719 F.3d 511 (6th Cir. 2013) (*en banc*), *cert. denied*, 572 U.S. 1089 (2014).

5. After the en banc court upheld Mr. Gabrion's conviction and sentence, Mr. Gabrion filed a motion to vacate pursuant to 28 U.S.C. § 2255. The instant proceedings are an appeal from the denial of that motion.

6. The district court denied Mr. Gabrion's § 2255 motion, without holding an evidentiary hearing or authorizing discovery. *See generally* Opinion, R. 156, PageID 5795–6000.

7. The district court also denied Mr. Gabrion a COA, in an order that was less than two pages long. *See* Order Denying COA, R. 158 at 1–2, PageID 6012–13.

8. On September 10, 2020, this Court granted a COA on Claims 2,3,6, and 7 of Mr. Gabrion's §2255 motion.

9. The COA in this case covered, in part, Mr. Gabrion's claims of ineffective assistance at both the guilt and penalty phases of the trial. Mr. Gabrion identified for the Court, and argued in his principal brief, a series of points establishing ineffective assistance of counsel based on complicated facts and the application of those facts to decisional authority in capital cases.

10. On August 4, 2022, this Court entered an Opinion affirming the District Court's ruling.

11. Counsel require more than 14 days in which to evaluate and prepare a petition for rehearing.

12. F.R.A.P 40 provides that the deadline for requesting rehearing in cases in which the United States is a party is 45 days. In an abundance of caution, Mr. Gabrion has applied the normal 14-day period in Rule 40, and asked for this extension.

13. The case is factually and legally complex. Counsel are considering rehearing on the issues covered by the COA, as well as the issues involved in the denial of a COA on other issues. This greatly complicates counsel's work.

14. Counsel are now working on a petition.

15. Lead counsel in this case is Monica Foster, the Executive Director of the Indiana Federal Community Defender, LLC. In addition to her administrative work running that office, her time is also consumed by other cases that will require her time into the immediate future. Ms. Foster is actively working on a number of other capital matters. Additionally, she has been appointed to the Work Measurement Steering Committee which is working in tandem with federal judicial agencies to develop a method for measuring the workload and assigning staff to the various federal defender offices throughout the country. This endeavor is taking hours every week and is not something that can be reassigned for another time. She has a reply brief due on August 19, 2022 in the Second Circuit in the case of United States v. Azibo Aquart, Case Number 21-2763. The case is formerly capital and presents numerous complex legal claims and will likely require travel to Colorado to consult with the client (which will take 3 days because of the remoteness of his detention). She is preparing an emergency Compassionate Release Motion in that case which she expects to file by the end of August. She is lead counsel in a preauthorization death penalty case that requires a great deal of

4

attention currently. *Sealed Case*, Cause No. 2:20-mj-0003-JPH. She has a long-planned vacation from August 13-19, 2022.

16. Undersigned counsel Joseph Cleary is a full time Assistant Federal Defender in the trial unit of the Indiana Federal Defender's Office. He currently has in excess of 40 open felony cases. Due to counsel's trial workload it is expected that he will have a limited role in preparing the petition. However, he has been involved in the case from the beginning and his input on this reply brief is very important.

17. Undersigned counsel Jean Giles has been assigned to assist in this appeal but did not participate in the lower court proceedings. Giles has an active caseload of capital habeas matters, some of which require her to file initial 2255 petitions that have jurisdictional deadlines.

18. Undersigned counsel Scott Graham is a CJA practitioner. He has a heavy trial calendar and is preparing principal briefs in four other cases in this Court.

19. For these reasons, Mr. Gabrion requests the Court for an additional forty-five days from the current due date in which to file a petition for panel rehearing and request for rehearing en banc.

**WHEREFORE** Marvin Gabrion requests the Court allow him an additional forty-five (45) days beyond the current August 18, 2022 deadline in which to request rehearing.

**Date: August 12, 2022**                                  **Respectfully submitted,**

By: _/s/ *Monica Foster*_                                  By: _/s/ *Joseph M. Cleary*_
    Monica Foster                          Joseph M. Cleary
    Jean E. Giles                           Attorney for Petitioner-Appellant
    Attorneys for Petitioner-Appellant  Business Address:
Business Address:                                              Indiana Federal Community
    Indiana Federal Community               Defenders, Inc.
    Defenders, Inc.                         111 Monument Circle, Suite 3200
    111 Monument Circle, Suite 3200         Indianapolis, Indiana 46204
    Indianapolis, Indiana 46204             Telephone: (317) 383-3520
    Telephone: (317) 383-3520               Email: Joe_Cleary@fd.org
    Email: Monica_Foster@fd.org
    Email: Jean_Giles@fd.org

By: _/s/ *Scott Graham*_
    Scott Graham
    Attorney for Petitioner-Appellant
Business Address:
    SCOTT GRAHAM PLLC
    1911 West Centre Avenue, Suite C
    Portage, Michigan 49024
    Telephone: (269) 327-0585
    Email: sgraham@scottgahampllc.com

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the Motion to Extend Deadline to File Petition For Panel Rehearing and Rehearing En Banc through the Court's CM/ECF electronic system on August 12, 2022.  See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2). Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey. Parties may access this filing through the CM/ECF system.

Date:  August 12, 2022     By: /s/ *Scott Graham*

                                         Scott Graham
                                         Attorney for Petitioner-Appellant
                   Business Address:
                                         SCOTT GRAHAM PLLC
                                       1911 West Centre Avenue, Suite C
                                       Portage, Michigan 49024
                                         Telephone: (269) 327-0585
                                         Email: sgraham@scottgrahampllc.com