**UNITED STATES COURT OF APPEALS**

FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed:  August 17, 2022

Mr. Scott Graham
Scott Graham, PLLC
1911 W. Centre Avenue
Suite C
Portage, MI 49024

Re:  Case No. 18-2382*, Marvin Gabrion, II v. USA*
Originating Case No.: 1:15-cv-00447: 1:99-cr-00076-1

Dear Mr. Graham,

This is to advise that the court has granted your motion for an extension of time in which to file a petition for rehearing en banc.

Your petition is to be filed no later than the close of business on Monday, **October 3, 2022**.

No further extensions will be granted.

Sincerely yours,

s/Beverly L. Harris
En Banc Coordinator
Direct Dial No. 513-564-7077

cc:  Mr. Joseph Cleary
Ms. Monica Foster
Ms. Jean Elizabeth Giles
Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey