# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT
\* \* \* \* \* \* \* \* \*

MARVIN CHARLES GABRION II,    )

    ) **DEATH PENALTY CASE**

    Petitioner - Appellant,    )

    ) Case No. 18-2382

    v.    )

    )

    )

UNITED STATES OF AMERICA,    )

    )

    Respondent - Appellee.    )

---

## APPELLANT'S MOTION TO FILE OVERSIZED PETITION

Appellant Marvin Gabrion, through counsel, moves the Court for permission to file his Petition for Rehearing En Banc that exceeds the 3,900-word limit. Mr. Gabrion's proposed petition is 4,941 words.

The case involves complicated legal and factual issues that resulted in an order at the trial level that was 216 pages in length. (R.156) The Certificate of Appealability that this Court issued identifies four issues. Specifically, the issues relating to claims of ineffective assistance of trial counsel incorporate many sub-arguments based on specific components of the case. Counsel believe that the opinion denying relief misconstrued a number of key facts and misapplied legal authority to those facts. The process of trying to explain exactly what happened and why the panel decision should be reviewed is complicated, in itself.

The stakes in this appeal are high: Mr. Gabrion's success as to any one claim may entitle him to a new trial or relief from his sentence of death. Thus, counsel submits that the oversized petition – which contains 4,941 words – is necessary to adequately and effectively present the fact-intensive and complex issues demonstrating why rehearing en banc is appropriate.

**WHEREFORE**, counsel respectfully requests that this Court **GRANT** the Appellant's Motion and accept the Appellant's Petition for Rehearing En Banc as filed.

**Date: October 3, 2022**                                **Respectfully submitted,**

By: /s/ *Monica Foster*                                By: /s/ *Joseph M. Cleary*
    Monica Foster                                  Joseph M. Cleary
    Jean E. Giles                                  Attorney for Petitioner-Appellant
    Attorneys for Petitioner-Appellant    Business Address:
Business Address:                                  Indiana Federal Community
    Indiana Federal Community                  Defenders, Inc.
    Defenders, Inc.                            111 Monument Circle, Suite 3200
    111 Monument Circle, Suite 3200            Indianapolis, Indiana 46204
    Indianapolis, Indiana 46204                Telephone: (317) 383-3520
    Telephone: (317) 383-3520                  Email: Joe_Cleary@fd.org
    Email: Monica_Foster@fd.org
    Email: Jean_Giles@fd.org

By: /s/ *Scott Graham*
    Scott Graham
    Attorney for Petitioner-Appellant
Business Address:
    SCOTT GRAHAM PLLC
    1911 West Centre Avenue, Suite C
    Portage, Michigan 49024
    Telephone: (269) 327-0585
    Email: sgraham@scottgahampllc.com

# CERTIFICATE OF SERVICE

Undersigned counsel certifies that he filed the Appellant's Motion to File Oversized Petition through the Court's CM/ECF electronic system on October 3, 2022. See Fed. R. App. P. 25(d)(1)(B); 6 Cir. R. 25(f)(2). Notice of this filing will be sent through the CM/ECF system to all parties indicated on the electronic filing receipt, namely Assistant United States Attorney Jennifer L. McManus and Assistant United States Attorney Timothy P. VerHey. Parties may access this filing through the CM/ECF system.

Date: October 3, 2022      By: /s/ *Scott Graham*

             Scott Graham
             Attorney for Petitioner-Appellant
        Business Address:
             SCOTT GRAHAM PLLC
             1911 West Centre Avenue, Suite C
             Portage, Michigan 49024
             Telephone: (269) 327-0585
             Email: sgraham@scottgrahampllc.com