No. 18-2382

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Nov 2, 2022
DEBORAH S. HUNT, Clerk

MARVIN CHARLES GABRION, II,    )
    )
    Petitioner-Appellant,    )
    )
v.    )
    )    O R D E R
UNITED STATES OF AMERICA,    )
    )
    Respondent-Appellee.    )
    )
    )
    )

**BEFORE:**  BATCHELDER, MOORE, and GIBBONS, Circuit Judges.

Upon consideration of the appellant's motion for leave to exceed the word limit for a petition for rehearing en banc.

It is ORDERED that the motion is GRANTED.

**ENTERED BY ORDER OF THE COURT**

**Deborah S. Hunt, Clerk**