# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

February 23, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

> **FILED**
> Feb 24, 2023
> DEBORAH S. HUNT, Clerk

Re:  Marvin Charles Gabrion, II
     v. United States
     No. 22-6852
     (Your No. 18-2382)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on February 21, 2023 and placed on the docket February 23, 2023 as No. 22-6852.

Sincerely,

**Scott S. Harris**, Clerk

by

Clayton Higgins
Case Analyst