# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 26, 2023

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

FILED
Jun 26, 2023
DEBORAH S. HUNT, Clerk

     Re:  Marvin Charles Gabrion, II
          v. United States
          No. 22-6852
          (Your No. 18-2382)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*Scott S. Harris*, Clerk