**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  |  |  |
|---|---|---|
| Deborah S. Hunt | 100 EAST FIFTH STREET, ROOM 540 | Tel. (513) 564-7000 |
| Clerk | POTTER STEWART U.S. COURTHOUSE | www.ca6.uscourts.gov |
|  | CINCINNATI, OHIO 45202-3988 |  |

Filed:  August 04, 2022

Mr. Joseph Cleary
Ms. Monica Foster
Ms. Jean Elizabeth Giles
Indiana Federal Community Defenders
111 Monument Circle, Suite 3200
Indianapolis, IN 46204

Marvin Charles Gabrion II
F.C.I. Terre Haute
P.O. Box 33
Terre Haute, IN 47808

Mr. Scott Graham
Scott Graham, PLLC
1911 W. Centre Avenue, Suite C
Portage, MI 49024

Ms. Jennifer Lee McManus
Mr. Timothy P. VerHey
Office of the U.S. Attorney
Department of Justice
P.O. Box 208
Grand Rapids, MI 49501

> Re:  Case No. 18-2382, *Gabrion, II v. United States*
>        Originating Case No. : 1:15-cv-00447 : 1:99-cr-00076-1

Dear Counsel,

The court today announced its decision in the above-styled case.

Enclosed is a copy of the court's published opinion together with the judgment which has been entered in conformity with Rule 36, Federal Rules of Appellate Procedure.

Yours very truly,

Deborah S. Hunt, Clerk

Laurie A Weitendorf
Deputy Clerk

cc:  Mr. Thomas Dorwin

Enclosures

Mandate to issue.